No. 625, October Term, 1945. HUST *v.* MOORE-McCORMACK LINES, INC. October 21, 1946. Order entered amending opinion. The petition for rehearing is denied.

THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.